

Edward Y. Kroub – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: Edward@cml.legal | W: cml.legal

November 28, 2019

<u>**VIA ECF**</u>

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re: *Furth v. Equifax Information Services, LLC*, <u>1:19-cv-08288-KPF</u>

Dear Judge Failla:

We represent plaintiff Shulem Furth ("Plaintiff") in the above-referenced matter and write to notify the Court that the Plaintiff has settled with defendant Discover Bank ("Defendant") in this matter on October 28, 2019 (Docket No. 26). Due to the fact that the settlement negotiations and papering of the settlement terms has taken some additional time, the parties respectfully request an additional thirty (30) days to file the stipulation of dismissal with the Court.

Thank you for your time and consideration of the above request.

Respectfully submitted,
 */s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc: All Counsel of Record (via ECF)

```
Application GRANTED. The Court's conditional discontinuance of this
matter as to Defendant Discover Bank is hereby extended until December
29, 2019. All the conditions provided in the Court's Order of October
29, 2019 (Dkt. #28), remain in effect for this extended period of
conditional discontinuance.

Dated:    December 2, 2019
          New York, New York
```

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE