UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

SHULEM FURTH,

                      Plaintiff,

      v.

EQUIFAX INFORMATION SERVICES,
EXPERIAN INFORMATION SOLUTIONS INC.,
TRANS UNION LLC, AMERICAN EXPRESS CO.,
CITIBANK N.A., and DISCOVER BANK,

                    Defendants.
------------------------------------------------------------ X

19 Civ. 8288 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

On February 13, 2020, this action was stayed as to Defendant American Express Co., the sole remaining defendant in the matter, pending completion of arbitration. (*See* Dkt. #51). As it has been nearly ten months since the action was stayed, the Court hereby ORDERS the parties to submit a letter regarding the status of the arbitration proceedings on or before December 18, 2020.

    SO ORDERED.

Dated:    December 3, 2020
              New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge